IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND, | 2:05-cv-0963-GEB-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| D.K. BUTLER, et al., | |
| Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, appeals the dismissal of his civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals on August 25, 2006, to certify whether the appeal is taken in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).

      Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in good faith. The record reflects that plaintiff's original complaint, consisting of over 500 pages of attached documents to which plaintiff referred to complete his allegations, was dismissed with leave to amend for failure to comply with Federal Rule of Civil Procedure 8(a), which requires that claims be stated simply, concisely and directly. Plaintiff was cautioned that continued failure to comply with Rule 8 could result in dismissal of the entire action with prejudice. <u>See</u>

1   Nevijel v. North Coast Life Ins. Co., 651 F.2d 671, 673 (9th Cir. 1981).  Plaintiff then filed a first
2   amended complaint which, like the original complaint, attached over 600 pages of referenced
3   exhibits.  The court dismissed the complaint with prejudice pursuant to Nevijel and Federal Rule
4   of Civil Procedure 41(b).  Based on the foregoing, the court finds that the appeal is not taken in
5   good faith.
6           Also pending on this court's docket is plaintiff's document entitled "Notice of
7   Motion for a Certificate of Appealability for Civil Rights Claim in the Ninth Circuit Court of
8   Appeals."  Plaintiff's motion will be denied as unnecessary.
9           Accordingly, IT IS HEREBY ORDERED that:
10          1.   This appeal is not taken in good faith;
11          2.   Plaintiff's document entitled "Notice of Motion for a Certificate of
12  Appealability for Civil Rights Claim in the Ninth Circuit Court of Appeals" (Doc. 21) is denied
13  as unnecessary; and
14          3.   The Clerk of the Court is directed to serve a copy of this order on Corina
15  Orozco at the Ninth Circuit Court of Appeals.
16  Dated:  September 8, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```